# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-000827-CV

**Sinclair & Associates, Inc., Appellant**

**v.**

**Bobbie L. Williams and Franklin Interests, Inc. d/b/a Franklin Homes, Appellees**

### FROM BASTROP COUNTY, 21ST JUDICIAL DISTRICT
### NO. 27,718, HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Sinclair & Associates, Inc. has filed a motion requesting that this appeal be dismissed. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Diane M. Henson, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed on Appellant's Motion

Filed: June 7, 2012